O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] <br><br> Defendant. | Case No. 2:20-cv-07913-JGB-KES <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation (Dkt. 25), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 26). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Objections (Dkt. 30) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

---

[1] Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is substituted for her predecessor. See 42 U.S.C. § 405(g); Fed.R.Civ.P. 25(d).

1       IT IS THEREFORE ORDERED that Judgment be entered affirming the
2 decision of the Commissioner of Social Security denying benefits.

3 DATED: September 21, 2022

                                                JESUS G. BERNAL,
                                                UNITED STATES DISTRICT JUDGE