1
2
3                                                                JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   JOSE M.,                              Case No. 2:20-cv-07913-JGB-KES
12                     Plaintiff,
13         v.                              JUDGMENT
14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,[1]
15
                       Defendant.
16
17
18
19         IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report
20   and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of
     Social Security is affirmed and this action is dismissed with prejudice.
21
22
23   DATED:  September 21, 2022
24                                         _____
25                                         JESUS G. BERNAL
                                           UNITED STATES DISTRICT JUDGE
26
         [1] Kilolo Kijakazi, the Acting Commissioner of the Social Security
27   Administration, is substituted for her predecessor.  See 42 U.S.C. § 405(g);
     Fed.R.Civ.P. 25(d).
28